# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| SHIVA STEIN, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>HEXCEL CORPORATION, JOEL S. )<br>BECKMAN, LYNN BRUBAKER, JEFFREY )<br>C. CAMPBELL, CYNTHIA M. )<br>EGNOTOVICH, THOMAS A. GENDRON, )<br>JEFFREY A. GRAVES, GUY C. HACHEY, )<br>NICK L. STANAGE, and CATHERINE A. )<br>SUEVER, )<br>)<br>  Defendants. ) | Case No. 1:20-cv-00338-LPS |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 6, 2020

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
Email: melwani@whafh.com